UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 15-7118-DMG (RAOx)** | Date | January 17, 2018 |

Title *Yadir A. Ontiveros v. Safelite Fulfillment, Inc., et al.*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE IMPOSED**

In light of the Ninth Circuit's Order staying this Court's October 16, 2017 and November 2, 2017 Orders pending appeal [Doc. # 114], the parties shall meet and confer and submit a joint status report by **January 29, 2018** regarding why this action should not be stayed pending appeal.

IT IS SO ORDERED.